UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA L. CHAMP,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-0018- JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JANUARY 9, 2020<br>(Doc. 6)<br><br>ORDER TERMINATING THE MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br>(Doc. 2)<br><br>ORDER DIRECTING CLERK TO ISSUE SUMMONS, SOCIAL SECURITY CASE DOCUMENTS, AND SCHEDULING ORDER |

Plaintiff seeks judicial review of the administrative decision to deny her application for Social Security benefits. Previously, Plaintiff requested to proceed *in forma pauperis* with this action. (Doc. 2) The Court reviewed his affidavit and found the information provided failed to support a conclusion that Plaintiff could not pay the Court's costs. (Doc. 6) Plaintiff was ordered to show cause in writing why the motion to proceed *in forma pauperis* should not be denied within twenty-one days of the date of service, or not later than January 30, 2020. (*Id.*) Instead, Plaintiff paid the filing fee to the Court on January 17, 2020. Because Plaintiff has elected to pay the filing fee, the Court **ORDERS**:

    1.    The Order to Show Cause dated January 9, 2020 (Doc. 6) is **DISCHARGED**;

    2.    The Clerk of Court is directed to terminate the motion to proceed *in forma pauperis* (Doc. 2) as **MOOT**;

1

3. The Clerk of Court is DIRECTED to to issue summons as to the defendant Andrew Saul, Commissioner of Social Security; and

4. The Clerk of Court is DIRECTED to issue and serve Plaintiff with Social Security Case Documents, including the Scheduling Order, Order regarding Consent, and the Consent Form.

IT IS SO ORDERED.

Dated: **January 29, 2020**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE