# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA L. CHAMP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:20-cv-0018 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED SEPTEMBER 11, 2020 (Doc. 18) |

On September 11, 2020, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to prosecute and failure to comply with the scheduling order or, in the alternative, to file her opening brief. (Doc. 18)  On September 25, 2020, Plaintiff filed a response to the Court's order (Doc. 20) and the opening brief (Doc. 21).  Accordingly, the Court **ORDERS**: the order to show cause dated September 11, 2020 (Doc. 18) is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated:   **September 26, 2020**　　　　　　　     **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE