# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA L. CHAMP,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 20:-cv-0018 JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 23) |

The parties stipulated for the Commissioner to have an extension of time to file a response to Plaintiff's opening brief. (Doc. 23) Notably, the Scheduling Order provides for a single extension of thirty days by stipulation (*see* Doc. 9 at 3), and the requested extension complies with the terms of the Scheduling Order. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 23) is **GRANTED**; and
2. The Commissioner **SHALL** file a responsive brief no later than **November 23, 2020**.

IT IS SO ORDERED.

Dated: __**October 28, 2020**__      _____**/s/ Jennifer L. Thurston**_
                                                   UNITED STATES MAGISTRATE JUDGE